Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| | | |
|---|---|---|
| MARÍA T. VELILLA SOTOMAYOR<br><br>Recurrido<br><br>V.<br><br>IVÁN R. SOTOMAYOR SERRA<br><br>Peticionario | TA2026CE00177 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm. SJ2023CV03273<br><br>Sobre: Liquidación Comunidad de Bienes |

Panel integrado por su presidente, el Juez Rodríguez Casillas, la Juez Barresi Ramos y la Jueza Santiago Calderón.

Rodríguez Casillas, juez ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de febrero de 2026.

Evaluada la *URGENTE MOCIÓN EN AUXILIO DE JURISDICCIÓN Y SOLICITUD DE SUSPENSIÓN DE TÉRMINOS* presentada (por derecho propio) por el Sr. Iván R. Sotomayor Serra ("Peticionario"), en el recurso **TA2026CE00177**, resolvemos: ***No Ha Lugar*** a la solicitud en auxilio de jurisdicción.

En cuanto al recurso *Certiorari* presentado por derecho propio por el Peticionario, ***denegamos*** la expedición del recurso **TA2026CE00177**.[1] Luego de analizar el expediente y la Orden recurrida del Tribunal de Primera Instancia, Sala Superior de San Juan,[2] a la luz de los criterios de la Regla 40 del Tribunal de Apelaciones,[3] no encontramos razón por la cual este Foro Apelativo

---

[1] Entrada Núm. 152 del caso *SJ2023CV03273* en SUMAC.
[2] Entrada Núm. 151 del caso *SJ2023CV03273* en SUMAC. En específico, la Orden recurrida dispuso: *"Se le ordena al demandado a presentar sus escritos solamente a través de su representación legal. La moción se atenderá una vez sea radicada por su abogada."*
[3] Regla 40 del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, pág. 63, 216 DPR __ (2025). 141, págs. 14- 17, 216

deba intervenir.[4] Al examinar el proceder del foro de instancia, no identificamos que haya actuado de manera arbitraria, prejuiciada o haya cometido un craso abuso de discreción. Tampoco encaramos ninguna de las situaciones de la Regla 52.1 de Procedimiento Civil.[5] Por tratarse de una negativa, no se requiere fundamentar la misma conforme a la citada Regla 52.1 de Procedimiento Civil.

**Notifíquese inmediatamente.**

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[4] Conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, según enmendada, que nos permite "[p]*rescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante* [nuestra] *consideración, con el propósito de lograr su más justo y eficiente despacho* [...]". *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, págs. 13-16, 215 DPR __ (2025).
[5] Regla 52.1 de las Reglas de Procedimiento Civil 2009, 32 LPRA Ap. V., R. 52.1.